FULL NAME: Angel Felipe Aleman

COMMITTED NAME (if different): Larry D. Smith Correctional

FULL ADDRESS INCLUDING NAME OF INSTITUTION: Facility, 1627 S. Hargrave St
Banning, CA 92220

PRISON NUMBER (if applicable): # 202436597



FILED
CLERK, U.S. DISTRICT COURT
JAN -8 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANGEL FELIPE ALEMAN., ISRAEL MONTANIO CONTRERAS., CRYSTAL MONIQUE WARD.

PLAINTIFF'S

v. Vitol and SK Energy Americas, Inc., and parent company SK Trading International.

DEFENDANT(S).

CASE NUMBER: 5:25-CV-00241-HDV-MAR

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes  ☐ No

2. If your answer to "1." is yes, how many? 4 of them.

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) One lawsuit was Dissmiss'd Due to not haveing "IFP" Application on time. But it Did get re-filed with "IFP" complete becomeing Case No: 5:22-CV-00269-HDV-MAR. The 3rd lawsuit is agianst a Public Security Guard who Assualted me and wrongfully arrested me becomeing Case No: 5:24-CV-01053-HDV-MAR., THE #4th lawsuit is a Wrongfull Death Suit becomeing Case No: 5:24-CV-02153-HDV-MAR.,

a. Parties to this previous lawsuit:
   Plaintiff _Angel Felipe Aleman all previous lawsuits._

   Defendants _Riverside County Sheriff's Department, Deputy Acosta and Staggs and Deputy Saidleman and John Doe's #1 and 2., C.C.P.D officer Ruiz and Rehab Center., Aqua Caliente Casino of Palm Springs and Security Gaurds Eldigo and John Doe #1. All previous lawsuits._

b. Court _United States District Court, Central District of California, office of the Clerk, 255 East Temple Street, Los Angeles, CA 90012. All previous lawsuits._

c. Docket or case number _5:22-CV-00269-HDV-MAR / 5:24-CV-01053-HDV / 5:24-CV-02153-HDV-MAR._

d. Name of judge to whom case was assigned _Judge Hernan D. Vera. Magistrate Margo A. Rocconi._

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _All lawsuits still pending._

f. Issues raised: _Negligence, Municipal laiability, Exessive Force, Failure to interviwe., / Wrong-full Death., / Assualt and Wrongfull arrest._

g. Approximate date of filing lawsuit: _5-6-22./ 2024./ 2024., in those dates_

h. Approximate date of disposition _Still pending._

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☑ No

   If your answer is no, explain why not _This happend on the street of California._

3. Is the grievance procedure completed? ☐ Yes ☑ No

   If your answer is no, explain why not _This happend on the Streets of California._

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff's _Angel Felipe Aleman.,_
                                                              (print plaintiff's name)
who presently resides at _1627 S. Hargrave St, Banning, CA 92220_,
                              (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_The County of Riverside., City: Palm Spring - Cathedral City - Desert Hot Springs_
              (institution/city where violation occurred)

on (date or dates) **(Feb. 10, 2015 thru Nov. 10, 2015) "Manipulate spot market prices"** _____, _____, _____.
                                    (Claim I)               (Claim II)             (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Vitol & SK Energy America, Inc.,** resides or works at
(full name of first defendant)

   _____
   (full address of first defendant)
   **Gas trading firm**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **These companies conspired to unlawfully raise prices for consumers.**

2. Defendant **SK Trading International** resides or works at
(full name of first defendant)

   _____
   (full address of first defendant)
   **Gas trading firm**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **These companies conspired to unlawfully raise prices for consumers**

3. Defendant _____ resides or works at
(full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

This lawsuit alleges these companies conspire'd to unlawfully raise prices for Consumers. They worked together to "manipulate spot market prices" for California gas.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

California Attorney General Rob Bonta is reminding California residents who purchased gas in Southern California between Feb. 20, 2015, and Nov. 10, 2015, to submit a claim by the Jan. 8 deadline for a payment under the States antitrust settlement. The settlement resolved a lawsuit filed in 2020 by the California Department of Justice. The lawsuit alleged Vitol and SK Energy Americas, Inc., along with its parent company SK Trading International, worked together to "manipulate spot market prices" for California gas, ultimately driving up prices to profit off following a disrupted market due to an explosion at a gasoline refinery in Torrance in 2015, according to a news release in July from Bonta.

Bonta urged Californian residents to submit a claim for payment in a news release.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

WHEREFOR, Plaintiff's respectfully pray's that this Court enter Judgment granting Plaintiff's: #1 A declaration that the acts and Omissions described herein Violated Plaintiff's right under the laws of the united States.

$ _____ #2 compensatory damages in the amount of _____ against each defendant, Jointly and Severally

$ _____ #3 punitive damages in the amount of _____ against each defendant.

#4 plaintiff's costs in this Suit.

#5 Any additonal relief this Court deem's Just Proper, and equitable

Executed at Banning, CA 92220 on 1-3-25

Angel F. Aleman #202436597 | Israel Montanio Contreras
Larry D. Smith Correctional Facility | Larry D. Smith Correctional Facility
1627 S. Hargrave St | 1627 S. Hargrave St
Banning, CA 92220 | Banning, CA 92220

Crystal Monique Ward
Desert Hot Springs, CA

1-3-24
(Date)

*angel aleman*
(Signature of Plaintiff)





N3469 1/3/25